UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Jon Ellington Taylor, | : | JUDGE PATRICIA A. GAUGHAN |
| | : | |
| | : | |
| Plaintiff(s), | : | CASE NO.    1:15CV806 |
| | : | |
| v. | : | |
| | : | <u>CASE MANAGEMENT ORDER</u> |
| One Source Technology, LLC.,    et al., | : | |
| | : | |
| Defendant(s). | : | |

A Case Management Conference was held in this matter on_____**6/26/15**_____. The parties and

counsel of record agreed to the following, and **IT IS ORDERED** that:

1.   This case is assigned to the expedited/**standard**/complex/administrative/mass tort case

management track.

2.   **_____** This case **is** suitable **now** for **Mediation**.

  **X**   This case **is not** suitable for ADR at this time but may be after discovery.

  **_____** This case **is not** suitable for ADR at any time.

3. The parties do/ **do not** consent to the jurisdiction of a United States Magistrate Judge pursuant

to 28 U.S.C. § 636(c).

4.  **Non-Expert Discovery** shall be completed on or before_____**10/19/15**_____.  Discovery shall

be conducted according to the guidelines set forth in Local Rule 16.2 for cases assigned to the case

management track referred to in item no. 1 above.  Discovery disputes shall be referred to this Court by

way of motion, only after counsel for the party seeking the disputed discovery has made, and certified to

the Court the making of, sincere, good faith efforts to resolve such disputes.

5.  **Expert reports** shall be exchanged on or before _____**10/19/15**_____ /

(<i>Party with the Burden of Proof</i>)

\_\_\_**11/19/15**_____ and **Expert Discovery** shall be completed on or before _____**1/18/16**_____.

(<i>Rebuttal</i>)

6.  The **pleadings shall be amended without** leave of Court and new parties shall be joined on

or before _____**9/19/15**_____.

7.  **Dispositive motions** shall be filed on or before _____**2/18/16**\_\_\_\_\_.

8.  In accordance with Local Rule 7.1, a brief in opposition to a motion for summary judgment

or motion to dismiss is due thirty (30) days after service of the motion, and a reply brief is due fourteen

(14) days after service of the brief in opposition.  No request for an extension of time will be entertained

unless it is filed prior to the  response date from which extension is sought *and* it indicates whether

opposing counsel consents or objects to the requested extension.

9.  A **Telephonic Status Conference** is set \_\_\_\_**9/10/15**\_\_\_ at \_\_\_\_**9:00 a.m.**\_\_\_.

10.  A **Settlement Conference** is set _____ at _____.  Parties and lead

counsel **must** appear in person unless otherwise ordered by the Court.

**Counsel shall confer within three business days of any scheduled conference to discuss outstanding issues and respective positions as to settlement.  Counsel shall provide to the Court within two business days of the conference, jointly or individually, a brief written Status Report describing the status of discovery, settlement positions, and issues to be addressed.  The Status Report need not be filed, but may be delivered via e-mail at Gaughan_Chambers@ohnd.uscourts.gov or fax at (216) 357-7215.**

/s/Patricia A. Gaughan
PATRICIA A. GAUGHAN
UNITED STATES DISTRICT JUDGE